UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE ANNE TERRANOVA,<br><br>                Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                Defendant. | CASE NO. C16-0041-JCC<br><br>ORDER OF REMAND |

The Court, having considered the parties' briefing, the relevant record, the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, and the lack of objections thereto, hereby ORDERS that:

    (1)    The Report and Recommendation (Dkt. No. 22) is ADOPTED;

    (2)    This matter is REMANDED for further administrative proceedings; and

    (3)    The Clerk is DIRECTED to send copies of this order to all counsel and to Judge Theiler.

//

//

//

ORDER OF REMAND
PAGE - 1

DATED this 25th day of August 2016.

<em>[signature]</em><br>
John C. Coughenour<br>
UNITED STATES DISTRICT JUDGE

ORDER OF REMAND
PAGE - 2